744

Commonwealth ex rel. Taylor, Appellant, v.
Hendrick.

Submitted December 13, 1965. *Milton Taylor*, appellant, in propria persona; *Ronald McCaskill* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Taylor, Appellant, v.
Myers.

Submitted December 13, 1965. *David Taylor*, appellant, in propria persona; *Benjamin H. Renshaw, Jr.*, and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Thompson, Appellant, v.
Myers.

Submitted December 13, 1965. *Howard Thompson*, appellant, in propria persona; *Ralph B. D'Iorio*, Assistant District Attorney, *Domenic D. Jerome*, First Assistant District Attorney, and *Jacques H. Fox*, District Attorney, for appellee.

Order affirmed.